Robert C. Hilliard (*pro hac vice*)
HILLIARD LAW
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
E-mail: bobh@hilliard-law.com

Steve W. Berman (*pro hac vice*)
Anne F. Johnson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: annej@hbsslaw.com

*Attorneys for Plaintiffs*
[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>GILEAD SCIENCES, INC.,<br><br>Defendant.<br><br>*This Document Relates to certain plaintiffs, listed on Exhibit A, and originally filed in the following cases:*<br><br>*Bird et al. v. Gilead Sciences, Inc.,* 4:22-cv-00595-JST;<br><br>*Black et al. v. Gilead Sciences, Inc.,* 4:21-cv-04081-JST; | No. 4:18-cv-06972-JST<br><br>Hon. Jon S. Tigar<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO PLAINTIFFS LISTED ON EXHIBIT A**<br><br>Assigned to:      Hon. Jon S. Tigar<br>Hearing Date:   February 13, 2025<br>Hearing Time:   2:00 p.m.<br>Location:           Courtroom 6<br>                          (by videoconference) |

| | |
|---|---|
| 1 | *Boynton et al. v. Gilead Sciences, Inc.,* 4:22-cv-00686-JST; |
| 2 | |
| 3 | *Bresheare et al. v. Gilead Sciences, Inc.,* 4:21-cv-06461-JST; |
| 4 | |
| 5 | *Brooks et al. v. Gilead Sciences, Inc.,* 4:21-cv-06458-JST; |
| 6 | *Byrd et al. v. Gilead Sciences, Inc.,* 4:24-cv-01742-JST; |
| 7 | |
| 8 | *Calkins et al. v. Gilead Sciences, Inc.,* 4:20-cv-01884-JST; |
| 9 | |
| 10 | *Campbell, A. et al. v. Gilead Sciences, Inc.,* 4:21-cv-08240-JST; |
| 11 | *Cariano et al. v. Gilead Sciences, Inc.,* 4:22-cv-01867-JST; |
| 12 | |
| 13 | *Clark et al. v. Gilead Sciences, Inc.,* 4:21-cv-00713-JST; |
| 14 | |
| 15 | *Coleman et al. v. Gilead Sciences, Inc.,* 4:20-cv-04546-JST; |
| 16 | *Cox et al. v. Gilead Sciences, Inc.,* 4:21-cv-06807-JST; |
| 17 | |
| 18 | *Criado et al. v. Gilead Sciences, Inc.,* 4:21-cv-05656-JST; |
| 19 | |
| 20 | *Danner, et al. v. Gilead Sciences, Inc.,* 4:23-cv-01517-JST; |
| 21 | |
| 22 | *Davillier et al. v. Gilead Sciences, Inc.,* 4:20-cv-00570-JST; |
| 23 | *Dowdy et al. v. Gilead Sciences, Inc.,* 4:19-cv-00481-JST; |
| 24 | |
| 25 | *Drummond et al. v. Gilead Sciences, Inc.,* 4:21-cv-07017-JST; |
| 26 | |
| 27 | *Falls, et al. v. Gilead Sciences, Inc.,* 4:21-cv-05387-JST; |

*Frink et al. v. Gilead Sciences, Inc.*, 4:22-cv-01232-JST;

*Garza et al. v. Gilead Sciences, Inc.*, 4:21-cv-05288-JST;

*Gavaldon et al. v. Gilead Sciences, Inc.*, 4:21-cv-00112-JST;

*Gee et al. v. Gilead Sciences, Inc.*, 4:22-cv-00728-JST;

*Geller et al. v. Gilead Sciences, Inc.*, 4:21-cv-08752-JST;

*Goldfinger et al. v. Gilead Sciences, Inc.*, 4:20-cv-04043;

*Green et al. v. Gilead Sciences, Inc.*, 4:20-cv-07052-JST;

*Hamilton et al. v. Gilead Sciences, Inc.*, 4:21-cv-07687-JST;

*Harlan et al. v. Gilead Sciences, Inc.*, 4:22-cv-03156-JST;

*Hawkins et al. v. Gilead Sciences, Inc.*, 4:21-cv-02539-JST;

*Holley et al. v. Gilead Sciences, Inc.*, 4:18-cv-06972-JST;

*Hooper et al. v. Gilead Sciences, Inc.*, 4:21-cv-04283-JST;

*Hopson et al. v. Gilead Sciences, Inc.*, 4:21-cv-06581-JST;

*Jaime et al. v. Gilead Sciences, Inc.*, 4:21-cv-05112-JST;

*Johnson et al. v. Gilead Sciences, Inc.*, 4:21-cv-01931-JST;

| | |
|---|---|
| 1 | *Kachelmyer, et al v. Gilead Sciences, Inc.*, 4:21-cv-00328-JST; |
| 2 | |
| 3 | *Keefe, et al. v. Gilead Sciences, Inc.*, 4:22-cv-01370-JST; |
| 4 | |
| 5 | *Kelly, A., et al. v. Gilead Sciences, Inc.*, 4:22-cv-00688-JST; |
| 6 | *Koski et al. v. Gilead Sciences, Inc.*, 4:22-cv-08903-JST; |
| 7 | |
| 8 | *Lassiter, et al. v. Gilead Sciences, Inc.*, 4:22-cv-06635-JST; |
| 9 | *Lee, et al. v. Gilead Sciences, Inc.*, 4:22-cv-02353-JST; |
| 10 | |
| 11 | *Leon et al. v. Gilead Sciences, Inc.*, 4:20-cv-03744-JST; |
| 12 | *Lewis, et al. v. Gilead Sciences, Inc.*, 4:21-cv-03218-JST; |
| 13 | |
| 14 | *Lundy et al. v. Gilead Sciences, Inc.*, 4:20-cv-05282-JST; |
| 15 | *Lyons, et al. v. Gilead Sciences, Inc.*, 4:19-cv-02538-JST; |
| 16 | |
| 17 | *Mack et al. v. Gilead Sciences, Inc.*, 4:20-cv-04734-JST; |
| 18 | *Miller, C. et al. v. Gilead Sciences, Inc.*, 4:21-cv-06947-JST; |
| 19 | |
| 20 | *Mosely et al. v. Gilead Sciences, Inc.*, 4:19-cv-05816-JST; |
| 21 | *Natividad et al. v. Gilead Sciences, Inc.*, 4:21-cv-01282-JST; |
| 22 | |
| 23 | *Nicholson, et al. v Gilead Sciences, Inc.*, 4:20-cv-08751-JST; |
| 24 | *Ortley et al. v Gilead Sciences, Inc.*, 4:21-cv-09576-JST; |
| 25 | |
| 26 | *Pegeron et al. v Gilead Sciences, Inc.*, 4:21-cv-06822-JST; |
| 27 | *Pennington et al. v. Gilead Sciences, Inc.*, 4:20-cv-03489-JST; |

*Rivers et al. v. Gilead Sciences, Inc.*, 4:19-cv-07991-JST;

*Robinson, B., et al. v. Gilead Sciences, Inc.*, 4:21-cv-09340-JST;

*Seale et al. v. Gilead Sciences, Inc.*, 4:22-cv-01032-JST;

*Sharp et al. v. Gilead Sciences, Inc.*, 4:22-cv-09184-JST;

*Sutton et al. v. Gilead Sciences, Inc.*, 4:23-cv-00701-JST;

*Sutton, A., et al. v. Gilead Sciences, Inc.*, 4:23-cv-02607-JST;

*Tharpe et al. v. Gilead Sciences, Inc.*, 4:20-cv-06033-JST;

*Walsh et al. v. Gilead Sciences, Inc.*, 4:21-cv-06184-JST;

*White et al. v. Gilead Sciences, Inc.*, 4:21-cv-02039-JST;

*Williams et al. v. Gilead Sciences, Inc.*, 4:21-cv-06658-JST;

*Woellhart et al. v. Gilead Sciences, Inc.*, 4:21-cv-01499-JST;

*Woodley et al. v. Gilead Sciences, Inc.*, 4:21-cv-06574-JST;

*Wright et al. v. Gilead Sciences, Inc.*, 4:21-cv-06082-JST;

*Youakim et al. v. Gilead Sciences, Inc.*, 4:21-cv-01054-JST;

*Young, A., et al. v. Gilead Sciences, Inc.*, 4:21-cv-10006-JST.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs listed on Exhibit A and counsel for Defendants that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Complaint of Plaintiffs listed on Exhibit A, attached hereto, filed in the U.S. District Court, Northern District of California, No. 4:18-cv-06972-JST, may be and is hereby dismissed with prejudice against Defendant, with each party to bear their own costs.

STIPULATED AND AGREED TO BY:

Dated: December 17, 2024

Signed: */s/ Robert C. Hilliard*
Robert C. Hilliard (*pro hac vice*)
Anthony S. Godfrey (*pro hac vice*)
HILLIARD LAW
719 S. Shoreline
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
Email: bobh@hilliard-law.com
Email: agodfrey@hilliard-law.com

Steve W. Berman (*pro hac vice*)
Anne F. Johnson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: annej@hbsslaw.com

Benjamin L. Crump (*pro hac vice*)
BEN CRUMP LAW, PLLC
122 S. Calhoun Street
Tallahassee, Florida 32301
Tel: (850) 224-2020
Fax: (850) 224-2021
Email: ben@bencrump.com

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 17, 2024 | Signed: */s/ Eva M. Weiler* |
| 3 | | Eva M. Weiler (SBN: 233942) |
| | | eweiler@shb.com |
| 4 | | 5 Park Plaza, Suite 1600 |
| | | Irvine, CA 92614 |
| 5 | | Phone: (949) 475-1500 |
| | | Fax: (949) 475-0016 |
| 6 | | |
| | | *Attorney for Defendant Gilead Sciences, Inc* |
| 7 | | . |

---

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO
PLAINTIFFS LISTED ON EXHIBIT A

Case No. 4:18-cv-06972-JST

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2024, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

Dated:  December 17, 2024

*/s/ Robert C. Hilliard*
Robert C. Hilliard

*Attorney for Plaintiffs*